JEFFREY F. KELLER (CA SBN 148005)
jfkeller@kellergrover.com
DENISE L. DÍAZ (CA SBN 159516)
ddíaz@kellergrover.com
CAREY G. BEEN (CA SBN 240996)
cbeen@kellergrover.com
KELLER GROVER LLP
425 Second Street, Suite 500
San Francisco, CA 94107
Telephone: 415.543.1305
Facsimile: 415.543.7861

Attorneys for Plaintiff
GEORGE T. BURKE

JAMES R. McGUIRE (CA SBN 189275)
JMcGuire@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

SYLVIA RIVERA (CA SBN 223203)
SRivera@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, CA 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendants
U.S. BANCORP and U.S. BANK NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE T. BURKE, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. BANCORP, U.S. BANK N.A., and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 09-CV-1579 JSW<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

Pursuant to Local Rule 6-1(a) and Federal Rule of Civil Procedure 12(a), Plaintiff George T. Burke ("Plaintiff") and Defendants U.S. Bancorp and U.S. Bank National Association ("Defendants"), by and through their respective attorneys, hereby stipulate and agree as follows:

WHEREAS, on April 10, 2009, Defendants removed this case from California State Superior Court;

WHEREAS, the parties have since engaged in mutual discussion and an informal exchange of information regarding the conduct at issue in this litigation;

WHEREAS, as a result of such discussions Plaintiff and Defendants agreed that Plaintiff's First Amended Complaint may not accurately allege certain facts and U.S. Bank's policies and procedures;

WHEREAS, as a further result of such discussions the parties agreed to an extension of Defendants' time to file a responsive pleading, until June 17, 2009, while the parties determined how best to proceed;

WHEREAS, Plaintiff decided that under the circumstances, amendment of the First Amended Complaint would be appropriate;

WHEREAS, late in the process of preparing a second amended complaint, Plaintiff discovered that another putative class action, commenced after this action, existed in the Central District of California regarding substantially the same subject matter as the instant litigation, specifically the case of *Lowe v. U.S. Bank, N.A.*, case no. SACV 09-0456 AG;

WHEREAS, at the time of discovery of the *Lowe* case, counsel for Defendants were in the process of preparing notices of related cases;

WHEREAS, counsel for Plaintiff and counsel for Lowe have agreed to prepare a consolidated amended complaint before this Court, the court before which the first-filed action is pending, in an effort to avoid duplicative litigation and conserve judicial resources;

1  WHEREAS, as a result of the anticipated consolidated amended complaint, it will be necessary for Plaintiff to make additional and previously unanticipated amendments to Plaintiff's First Amended Complaint;

WHEREAS, Plaintiff and Defendants are hopeful that a stipulation can be reached regarding the filing of a Second Amended Complaint. The parties acknowledge that Defendants will require time to review the proposed Second Amended Complaint when it is available in advance of any stipulation;

WHEREAS, in light of the foregoing, Plaintiff has requested an additional two week extension to allow Plaintiff's counsel and counsel in *Lowe* adequate time to coordinate the two cases and hopefully reach a stipulation with Defendants regarding filing a Second Amended Complaint;

WHEREAS, the Initial Case Management Conference in this matter is currently scheduled for Friday, July 31, 2009 at 1:30 p.m.;

WHEREAS, the Parties' Rule 26(f) Report and Joint Case Management Statement are currently due July 24, 2009, 7 days prior to the Initial Case Management Conference;

WHEREAS, the Parties are currently required to file ADR Certifications and a Stipulation to ADR Process or Notice of Need for ADR Phone Conference by July 10, 2009, 21 days prior to the Initial Case Management Conference;

IT IS HEREBY STIPULATED AND AGREED pursuant to Local Rule 6-1(a), and Federal Rule of Civil Procedure 12(a), by and between Plaintiff George Burke and Defendants U.S. Bancorp and U.S. Bank National Association, through their respective attorneys, that the time by which defendants may plead or otherwise respond to the First Amended Complaint shall be extended to and include **Wednesday, July 1, 2009**.

IT IS FURTHER STIPULATED AND AGREED pursuant to Northern District Local Rules 6-2(a), 7-12, and 16-2(e), that the Initial Case Management Conference currently scheduled for **Friday, July 31, 2009**, shall be continued to

**Friday, September 4, 2009** or any date thereafter at the Court's convenience. Additionally, in accordance with FRCP 26(f) and Local Rule 16-9(a), the Parties Rule 26(f) Report and Joint Case Management Conference Statement will be due seven (7) days prior to the rescheduled Initial Case Management Conference. The ADR Certifications and a Stipulation to ADR Process or Notice of Need for ADR Phone Conference will be due twenty-one (21) days prior to the rescheduled Initial Case Management Conference.

Dated: June 15, 2009

JEFFREY F. KELLER
CAREY G. BEEN
**KELLER GROVER LLP**

By: /s/ Carey G. Been
    Carey G. Been

    Attorneys for Plaintiff
    GEORGE T. BURKE

Dated: June 15, 2009

JAMES R. MCGUIRE
SYLVIA RIVERA
**MORRISON & FOERSTER LLP**

By: /s/ Sylvia Rivera
    Sylvia Rivera

    Attorneys for Defendants
    U.S. BANCORP and U.S. BANK
    NATIONAL ASSOCIATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 18, 2009      By: _____
    Judge Jeffrey S. White
    United States District Court Judge