1  JEFFREY F. KELLER (CA SBN 148005)
   jfkeller@kellergrover.com
2  KATHLEEN R. SCANLAN (CA SBN 197529)
   kscanlan@kellergrover.com
3  CAREY G. BEEN (CA SBN 240996)
   cbeen@kellergrover.com
4  KELLER GROVER LLP
   425 Second Street, Suite 500
5  San Francisco, CA 94107
   Telephone: 415.543.1305
6  Facsimile: 415.543.7861

7  Attorneys for Plaintiff
   GEORGE T. BURKE
8
   JAMES R. McGUIRE (CA SBN 189275)
9  JMcGuire@mofo.com
   MORRISON & FOERSTER LLP
10 425 Market Street
   San Francisco, California 94105-2482
11 Telephone: 415.268.7000
   Facsimile: 415.268.7522
12
   SYLVIA RIVERA (CA SBN 223203)
13 SRivera@mofo.com
   MORRISON & FOERSTER LLP
14 555 West Fifth Street
   Los Angeles, CA 90013-1024
15 Telephone: 213.892.5200
   Facsimile: 213.892.5454
16
   Attorneys for Defendants
17 U.S. BANCORP and U.S. BANK NATIONAL ASSOCIATION

18
19                    **UNITED STATES DISTRICT COURT**

20                   **NORTHERN DISTRICT OF CALIFORNIA**

21 GEORGE T. BURKE, on behalf of himself and all     Case No. 09-CV-1579 JSW
   others similarly situated,
22                                                    <u>CLASS ACTION</u>
           Plaintiff,
23                                                    **STIPULATION TO AMEND**
      v.                                              **COMPLAINT AND ~~[PROPOSED]~~**
24                                                    **ORDER**
   U.S. BANCORP, U.S. BANK N.A., and DOES 1-
25 10, inclusive,

26         Defendants.

27
28
   _____
   STIPULATION TO AMEND                              Case No. 09-CV-1579 JSW
   COMPLAINT

1  Plaintiff George Burke ("Plaintiff") and defendants U.S. Bancorp and U.S. Bank National
2  Association ("Defendants"), through their respective attorneys, hereby stipulate and agree as
3  follows:

4  WHEREAS, Plaintiff filed his complaint in this matter on February 6, 2009;

5  WHEREAS, Plaintiff filed the First Amended Complaint in this matter on March 10,
6  2009;

7  WHEREAS, Defendants removed this case from California State Superior Court on
8  April 10, 2009;

9  WHEREAS, the parties have since engaged in mutual discussion and an informal
10  exchange of information regarding the conduct at issue in this litigation;

11  WHEREAS, as a result of such discussions Plaintiff and Defendants agreed that
12  Plaintiff's First Amended Complaint may not accurately allege certain facts and Defendants'
13  policies and procedures;

14  WHEREAS, Plaintiff decided that under the circumstances, amendment of the First
15  Amended Complaint would be appropriate;

16  WHEREAS, in the process of preparing a second amended complaint, Plaintiff
17  discovered that another putative class action, commenced after this action, existed in the Central
18  District of California regarding substantially the same subject matter as the instant litigation,
19  specifically the case of *Lowe, et al. v. U.S. Bank, N.A.*, case number SACV 09-0456 AG (the
20  "*Lowe* Action");

21  WHEREAS, counsel for Plaintiff and counsel for the plaintiffs in the *Lowe* Action agreed
22  to prepare a combined, amended complaint before this Court, the court before which the first-
23  filed action is pending, in an effort to avoid duplicative litigation and conserve judicial resources;

24  WHEREAS, Defendants have consented to Plaintiff filing the Second Amended
25  Complaint, which, among other things, combines Plaintiff's complaint with the complaint of the
26  plaintiffs in the *Lowe* Action:  Robert Lowe, Lori Aldana, Shane Parkins, and Kara Parkins; and

27

28

STIPULATION TO AMEND                    1                Case No. 09-CV-1579 JSW
COMPLAINT

WHEREAS, on June 15, 2009, the *Lowe* Action was voluntarily dismissed without prejudice to the plaintiffs' right to re-file, in anticipation of the filing of the Second Amended Complaint before this Court;

NOW THEREFORE, the parties hereby agree and stipulate to the filing of the Second Amended Complaint attached hereto as Exhibit 1 and the addition of Robert Lowe, Lori Aldana and Shane and Kara Parkins as plaintiffs to the instant litigation.  The parties further stipulate that should the Court issue an order approving the filing of the Second Amended Complaint, then Defendants should have fifteen (15) days from the date of such order to respond to the Second Amended Complaint.

Dated:  July 13, 2009

JEFFREY F. KELLER
KATHLEEN R. SCANLAN
CAREY G. BEEN
KELLER GROVER LLP


By:  _____/s/ Kathleen R. Scanlan_____
        Kathleen R. Scanlan

Attorneys for Plaintiff
GEORGE T. BURKE

Dated:  July 13, 2009

JAMES R. MCGUIRE
SYLVIA RIVERA
MORRISON & FOERSTER LLP


By:  _____/s/Sylvia Rivera_____
        Sylvia Rivera

Attorneys for Defendants
U.S. BANCORP and U.S. BANK
NATIONAL ASSOCIATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  __July 14, 2009_____   By: _____

Judge Jeffrey S. White
United States District Court Judge