1   JAMES R. McGUIRE (CA SBN 189275)
    JMcGuire@mofo.com
2   MORRISON & FOERSTER LLP
    425 Market Street
3   San Francisco, California  94105-2482
    Telephone: 415.268.7000
4   Facsimile: 415.268.7522

5   SYLVIA RIVERA (CA SBN 223203)
    SRivera@mofo.com
6   MORRISON & FOERSTER LLP
    555 West Fifth Street
7   Los Angeles, CA  90013-1024
    Telephone:    213.892.5200
8   Facsimile:    213.892.5454

9   Attorneys for Defendants
    U.S. BANCORP and
10  U.S. BANK NATIONAL ASSOCIATION,
    sued as "U.S. BANK, N.A."

11

12                          UNITED STATES DISTRICT COURT

13                        NORTHERN DISTRICT OF CALIFORNIA

14                             SAN FRANCISCO DIVISION

15

16  GEORGE T. BURKE, ROBERT LOWE and          Case No.  CV 09 1579 JSW
    LORI ALDANA, husband and wife; SHANE
17  PARKINS and KARA PARKINS, husband and     **CLASS ACTION**
    wife, on behalf of themselves and all others
18  similarly situated,                        **STIPULATION AND ~~[PROPOSED]~~
                                               ORDER STAYING ACTION
19                      Plaintiffs,            PENDING RESOLUTION OF MDL
                                               TRANSFER ISSUE**
20        v.

21  U.S. BANCORP, U.S. BANK, N.A., and DOES    Hon. Jeffrey S. White
    1 through 10, inclusive,
22
                        Defendants.
23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER STAYING ACTION
PENDING RESOLUTION OF MDL TRANSFER ISSUE - CASE NO. CV 09 1579 JSW           1
la-1038512

1      Plaintiffs George T. Burke, Robert Lowe, Lori Aldana, Shane Parkins, and Kara Parkins

2    ("Plaintiffs") and Defendants U.S. Bancorp and U.S. Bank National Association, sued as "U.S.

3    Bank, N.A." ("Defendants"), by and through their respective attorneys, hereby stipulate and agree

4    as follows:

5           WHEREAS, this Action involving the imposition of checking account overdraft fees was

6    commenced on February 6, 2009, in California State Superior Court;

7           WHEREAS, Defendants removed this Action from California State Superior Court on

8    April 10, 2009;

9           WHEREAS, Plaintiffs filed their Second Amended Complaint in this Action on July 14,

10   2009;

11          WHEREAS, on July 17, 2009, Defendants filed an Administrative Motion to Consider

12   Whether Cases Should be Related, pursuant to Civil Local Rule 3-12, with respect to this Action

13   and another checking account overdraft fee action pending against Defendants in this District,

14   *Willyum Waters, et al. v. U.S. Bancorp, et al.*, Case No. CV 09 2071 EMC ("*Waters*");

15          WHEREAS, on July 28, 2009, this Court issued a Related Case Order reassigning *Waters*

16   to this Court (*see* Dkt. No. 25);

17          WHEREAS, on June 10, 2009, the Judicial Panel for Multidistrict Litigation (the "Panel")

18   issued a Transfer Order in *In re Checking Account Overdraft Litigation* (MDL No. 2036) (*see*

19   Exhibit A);

20          WHEREAS, the Panel's June 10, 2009 Transfer Order transferred to the Southern District

21   of Florida three other class actions involving the imposition of checking account overdraft fees

22   for consolidated or coordinated pretrial proceedings with two actions already pending in that

23   District;

24          WHEREAS, since June 10, 2009, the Panel has transferred additional class actions

25   involving the imposition of checking account overdraft fees to the Southern District of Florida as

26   "tag-along" actions to *In re Checking Account Overdraft Litigation* (MDL No. 2036);

27

28

STIPULATION AND [PROPOSED] ORDER STAYING ACTION
PENDING RESOLUTION OF MDL TRANSFER ISSUE - CASE NO. CV 09 1579 JSW
la-1038512

2

1          WHEREAS, on or about July 16, 2009, the plaintiffs in *Waters* filed a notice with the

2     Panel identifying *Waters* and this Action as potential "tag-along" actions to *In re Checking*

3     *Account Overdraft Litigation* (MDL No. 2036) (*see* Exhibit B);

4          WHEREAS, on July 23, 2009, the Panel issued a Conditional Transfer Order

5     conditionally transferring this Action, *Waters*, and a third, unrelated action to the Southern

6     District of Florida as potential "tag-along" actions to *In re Checking Account Overdraft Litigation*

7     (MDL No. 2036) (*see* Exhibit C);

8          WHEREAS, any notices of opposition to the Panel's July 23, 2009 Conditional Transfer

9     Order are due by August 7, 2009;

10          WHEREAS, the parties to this Action wish to avoid the unnecessary consumption of their

11     own and the Court's resources and time while awaiting a decision by the Panel on whether this

12     Action should be transferred to the Southern District of Florida for consolidated or coordinated

13     pretrial proceedings as a "tag-along" action to *In Re Checking Account Overdraft Litigation*

14     (MDL No. 2036);

15          NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among

16     Plaintiffs and Defendants, by and through their respective attorneys of record, as follows:

17          1.     This Action shall be stayed pending a decision by the Panel on whether this Action

18     should be treated as a "tag-along" action to *In Re Checking Account Overdraft Litigation* (MDL

19     No. 2036) and transferred to the Southern District of Florida.

20          2.     The foregoing stay shall include the stay of Defendants' obligation to respond to

21     Plaintiffs' Second Amended Complaint and the parties' obligations related to the Initial Case

22     Management Conference currently scheduled for September 4, 2009.

23     //

24     //

25     //

26     //

27     //

28     //

STIPULATION AND [PROPOSED] ORDER STAYING ACTION
PENDING RESOLUTION OF MDL TRANSFER ISSUE - CASE NO. CV 09 1579 JSW
la-1038512

3

1        3.    If the Panel issues an order declining to transfer this Action, then:

2            (a)    Defendants shall file a Notice of Status of MDL Proceedings with this

3    Court within ten (10) days after the date on which they receive notice of

4    the Panel's order; and

5            (b)    Defendants shall answer or otherwise respond to the Second Amended

6    Complaint within twenty (20) days after the date on which they receive

7    notice of the Panel's order.

8

9    Dated: July 29, 2009            MORRISON & FOERSTER LLP

10                               By:    /s/ Sylvia Rivera
                                       Sylvia Rivera

11

12                               Attorneys for Defendants
                                 U.S. BANCORP and
                                 U.S. BANK NATIONAL

13                               ASSOCIATION, sued as "U.S.
                                 BANK, N.A."

14

15   Dated: July 29, 2009            KELLER GROVER LLP

16

17                               By:  /s/ Carey G. Been

18                                 Carey G. Been

19                               Attorneys for Plaintiffs
                                 GEORGE T. BURKE, ROBERT LOWE,

20                               LORI ALDANA, SHANE PARKINS, and
                                 KARA PARKINS

21

22

23                                   **ORDER**

24

25       PURSUANT TO STIPULATION, IT IS SO ORDERED.

26

27   Dated: July 30, 2009        By: _____
                                 Hon. Jeffrey S. White

28                               United States District Judge