A CERTIFIED TRUE COPY
ATTEST
By April Layne on Aug 27, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 27, 2009

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION

| | |
|---|---|
| George T. Burke v. U.S. Bancorp, et al.,<br>    N.D. California, C.A. No. 3:09-1579<br>Willyum Waters, et al. v. U.S. Bancorp, et al.,<br>    N.D. California, C.A. No. 3:09-2071 | MDL No. 2036 |

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in these actions (*Burke & Waters*) on July 23, 2009. Prior to expiration of that order's 15-day stay of transmittal, defendants in *Burke & Waters* filed a notice of opposition to the proposed transfer. The Panel has now been advised that defendants wish to withdraw their opposition to transfer.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-4" filed on July 23, 2009, is LIFTED insofar as it relates to these actions. The actions are transferred to the Southern District of Florida for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable James Lawrence King.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel



Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By Gracie Gomez
                      Deputy Clerk
Date 09/09/09